

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLADWIN WILSON, :
:
    Petitioner :
:
v. : CIVIL NO. 1:CV-00-0723
:
IMMIGRATION AND NATURALIZATION : (Judge Caldwell)
SERVICE, :
:
    Respondent :

FILED
HARRISBURG, PA

MAY 17 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This is a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The financial affidavit accompanying the prisoner's motion to proceed *in forma pauperis* indicates that he may not be required to pay the filing fee of $5.00. Therefore, the court will request that the warden or other appropriate official provide a summary of the transactions in the petitioner's account for the 6 months preceding the filing of this petition.

Accordingly, this 17th day of May, 2000, it is ordered that:

1. Within ten days of the date of this order, the warden or other appropriate official shall complete the attached affidavit form and provide the requested information to the court.

2. Pursuant to *Jones v. Zimmerman*, 752 F.2d 76 (3d Cir. 1985), the warden shall simultaneously provide a copy of the completed affidavit to the petitioner.

                      /s/ William W. Caldwell
                      WILLIAM W. CALDWELL
                      United States District Judge

AO 72A

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 17, 2000

Re:  1:00-cv-00723    Wilson v. INS

True and correct copies of the attached were mailed by the clerk to the following:

Gladwin Wilson
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA   17870-8610

w/ Affidavit

```
cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         (✓)
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other  O. Belisario            (✓)
```

MARY E. D'ANDREA, Clerk

DATE:  5-17-00                                    BY: _____
                                                       Deputy Clerk