# AFFIDAVIT

(To be completed by the appropriate prison official)

COMMONWEALTH OF PENNSYLVANIA         :   CIVIL ACTION NO. 1:CV-00-0723

I, __Ruth A. Rush__, being duly sworn, depose and say:

(1) I am employed as __Special Assistant__ at Snyder County Prison
I have served in that capacity since __November__, 1999

(2) The plaintiff, __Gladwin Wilson__, Reg. No. __99-00345__,
is presently incarcerated at the said institution.

FILED
SCRANTON
MAY 25 2000
PER _____
DEPUTY CLERK

(3) The following is a listing of assets at the said institution belonging to plaintiff:

   a. Prison account

      1. Present balance: $ __112.66__

      2. Total amount of deposits during six months preceding the filing of the complaint: $ __685.00__

      3. Average monthly balance: $ __84.98__

      4. Average monthly deposits: $ __75.00__

   b. Employment

      1. Institutional employment: $ __0__

      2. Average monthly wage: $ __0__

   c. Other resources: __None__

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

_____Ruth A. Rush_____
                Signature

Sworn to and subscribed
before me this 24th day
of May, 2000.

___Sylvia C. Brown___
Notary Public
My Commission Expires: 09-01-01

Return to:

United States District Court
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Notarial Seal
Sylvia C. Brown, Notary Public
Selinsgrove Boro, Snyder County
My Commission Expires Sept. 1, 2001

Member, Pennsylvania

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLADWIN WILSON,                      :
                                     :
         Petitioner                  :
                                     :
    v.                               : CIVIL NO. 1:CV-00-0723
                                     :
IMMIGRATION AND NATURALIZATION       : (Judge Caldwell)
SERVICE,                             :
                                     :
         Respondent                  :

FILED
HARRISBURG, PA

MAY 17 2000

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

### ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This is a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The financial affidavit accompanying the prisoner's motion to proceed *in forma pauperis* indicates that he may not be required to pay the filing fee of $5.00. Therefore, the court will request that the warden or other appropriate official provide a summary of the transactions in the petitioner's account for the 6 months preceding the filing of this petition.

Accordingly, this 17th day of May, 2000, it is ordered that:

1. Within ten days of the date of this order, the warden or other appropriate official shall complete the attached affidavit form and provide the requested information to the court.

2. Pursuant to *Jones v. Zimmerman*, 752 F.2d 76 (3d Cir. 1985), the warden shall simultaneously provide a copy of the completed affidavit to the petitioner.

WILLIAM W. CALDWELL
United States District Judge

RECEIVED
MAY 19 2000

# Inmate Running Balance Detail Report
## Snyder County Prison

Today's Date: 05/19/2000

Transactions from 06/15/1999 thru 05/19/2000

Page 6 of 14

Inmate Name: WILSON, GALDWIN

Booking# 99-00345

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| | | | | | | .00 | |
| 12/13/1999 01:02 | Withdrawal | -8.45 | CO | | COMMISSARY SUMMARY POSTING | 62.91 | 54136 |
| 12/16/1999 10:50 | Withdrawal | -1.26 | CP | | MEDS | 61.65 | 54724 |
| 12/18/1999 22:57 | Withdrawal | -8.99 | IT | | | 52.66 | 55111 |
| 12/18/1999 22:57 | Withdrawal | -.54 | IT | | | 52.12 | 55112 |
| 12/18/1999 22:57 | Withdrawal | -.27 | IT | | | 51.85 | 55113 |
| 12/18/1999 23:33 | Withdrawal | -9.75 | IT | | | 42.10 | 55114 |
| 12/18/1999 23:33 | Withdrawal | -.58 | IT | | | 41.52 | 55115 |
| 12/18/1999 23:33 | Withdrawal | -.29 | IT | | | 41.23 | 55116 |
| 12/20/1999 01:36 | Withdrawal | -17.66 | CO | | COMMISSARY SUMMARY POSTING | 23.57 | 55264 |
| 12/23/1999 15:49 | Withdrawal | -9.75 | IT | | | 13.82 | 55723 |
| 12/23/1999 15:49 | Withdrawal | -.58 | IT | | | 13.24 | 55724 |
| 12/27/1999 13:58 | Withdrawal | -.29 | IT | | | 12.95 | 55725 |
| 12/27/1999 13:10 | Deposit | 50.00 | MO | | MONEY ORDER BY MAIL | 62.95 | 56261 |
| 12/27/1999 13:58 | Withdrawal | -9.75 | IT | | | 53.20 | 56290 |
| 12/27/1999 13:58 | Withdrawal | -.58 | IT | | | 52.62 | 56291 |
| 12/29/1999 12:57 | Withdrawal | -.29 | IT | | | 52.33 | 56292 |
| 01/01/2000 00:48 | Withdrawal | -.60 | PC | | 4 LEGALPHOTO COPIES | 51.73 | 56658 |
| 01/01/2000 00:48 | Withdrawal | -2.91 | IT | | | 48.82 | 57082 |
| 01/01/2000 00:48 | Withdrawal | -.17 | IT | | | 48.65 | 57083 |
| 01/01/2000 00:48 | Withdrawal | -.09 | IT | | | 48.56 | 57084 |
| 01/01/2000 07:39 | Withdrawal | -9.75 | IT | | | 38.81 | 57091 |
| 01/01/2000 07:39 | Withdrawal | -.58 | IT | | | 38.23 | 57092 |
| 01/01/2000 07:39 | Withdrawal | -.29 | IT | | | 37.94 | 57093 |
| 01/03/2000 02:20 | Withdrawal | -14.54 | CO | | COMMISSARY SUMMARY POSTING | 23.40 | 57431 |
| 01/04/2000 08:44 | Deposit | 50.00 | MO | 01073665835 | MONEY ORDER TO INMATE | 73.40 | 57558 |
| 01/06/2000 22:31 | Withdrawal | -9.75 | IT | | | 63.65 | 58055 |
| 01/06/2000 22:31 | Withdrawal | -.58 | IT | | | 63.07 | 58056 |
| 01/06/2000 22:31 | Withdrawal | -.29 | IT | | | 62.78 | 58057 |
| 01/07/2000 22:39 | Withdrawal | -2.53 | IT | | | 60.25 | 58272 |

Today's Date: 05/19/2000

Inmate Running Balance Detail Report
Snyder County Prison
Transactions from 06/15/1999 thru 05/19/2000

Page 7 of 14

Inmate Name: WILSON, GALDWIN    Booking# 99-00345

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| | | | | | | .00 | |
| 01/07/2000 22:39 | Withdrawal | -.15 | IT | | | 60.10 | 58273 |
| 01/07/2000 22:39 | Withdrawal | -.08 | IT | | | 60.02 | 58274 |
| 01/09/2000 17:35 | Withdrawal | -4.05 | IT | | | 55.97 | 58491 |
| 01/09/2000 17:35 | Withdrawal | -.24 | IT | | | 55.73 | 58492 |
| 01/09/2000 17:35 | Withdrawal | -.12 | IT | | | 55.61 | 58493 |
| 01/11/2000 08:47 | Withdrawal | -1.05 | PC | | LEGAL COPIES | 54.56 | 58863 |
| 01/12/2000 17:39 | Withdrawal | -2.91 | IT | | | 51.65 | 59098 |
| 01/12/2000 17:39 | Withdrawal | -.17 | IT | | | 51.48 | 59099 |
| 01/12/2000 17:39 | Withdrawal | -.09 | IT | | | 51.39 | 59100 |
| 01/13/2000 13:32 | Withdrawal | -1.26 | CP | 7946541 | | 50.13 | 59236 |
| 01/13/2000 12:45 | Withdrawal | -1.53 | CP | 7900038 | | 49.86 | 59226 |
| 01/16/2000 17:17 | Withdrawal | -.20 | IT | | | 45.31 | 59639 |
| 01/16/2000 17:17 | Withdrawal | -3.29 | IT | | | 45.11 | 59640 |
| 01/16/2000 17:17 | Withdrawal | -.10 | IT | | | 45.01 | 59641 |
| 01/17/2000 01:28 | Withdrawal | -4.15 | CO | | COMMISSARY SUMMARY POSTING | 40.86 | 59720 |
| 01/18/2000 08:40 | Withdrawal | -9.75 | IT | | | 31.11 | 59855 |
| 01/18/2000 08:40 | Withdrawal | -.58 | IT | | | 30.53 | 59856 |
| 01/19/2000 13:11 | Withdrawal | -.29 | IT | | | 30.24 | 59857 |
| 01/21/2000 15:22 | Withdrawal | -.90 | PC | | LEGAL COPIES | 29.34 | 60028 |
| 01/21/2000 15:22 | Withdrawal | -3.29 | IT | | | 26.05 | 60422 |
| 01/21/2000 15:22 | Withdrawal | -.20 | IT | | | 25.85 | 60423 |
| 01/21/2000 15:22 | Withdrawal | -.10 | IT | | | 25.75 | 60424 |
| 01/21/2000 22:01 | Withdrawal | -9.75 | IT | | | 16.00 | 60488 |
| 01/21/2000 22:01 | Withdrawal | -.58 | IT | | | 15.42 | 60489 |
| 01/21/2000 22:01 | Withdrawal | -.29 | IT | | | 15.13 | 60490 |
| 01/25/2000 17:22 | Withdrawal | -2.91 | IT | | | 12.22 | 61079 |
| 01/25/2000 17:22 | Withdrawal | -.17 | IT | | | 12.05 | 61080 |
| 01/25/2000 17:22 | Withdrawal | -.09 | IT | | | 11.96 | 61081 |
| 01/25/2000 22:16 | Withdrawal | -6.33 | IT | | | 5.63 | 61145 |

# Inmate Running Balance Detail Report
## Snyder County Prison
Transactions from 06/15/1999 thru 05/19/2000

Today's Date: 05/19/2000

Page 8 of 14

Inmate Name: WILSON, GALDWIN    Booking# 99-00345

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 01/25/2000 22:16 | Withdrawal | -.38 | IT | | | .00 | |
| 01/25/2000 22:16 | Withdrawal | -.19 | IT | | | 5.25 | 61146 |
| 01/31/2000 08:31 | Deposit | 50.00 | MO | 0107464787B | MONEY ORDER TO INMATE | 5.06 | 61147 |
| 02/01/2000 09:19 | Withdrawal | -9.75 | IT | | | 55.06 | 61987 |
| 02/01/2000 09:19 | Withdrawal | -.58 | IT | | | 45.31 | 62111 |
| 02/02/2000 13:00 | Withdrawal | -.29 | IT | | | 44.73 | 62112 |
| 02/02/2000 13:00 | Withdrawal | -2.53 | IT | | | 44.44 | 62113 |
| 02/02/2000 13:00 | Withdrawal | -.15 | IT | | | 41.91 | 62286 |
| 02/02/2000 22:26 | Withdrawal | -.08 | IT | | | 41.76 | 62287 |
| 02/02/2000 22:26 | Withdrawal | -3.29 | IT | | | 41.68 | 62288 |
| 02/02/2000 22:26 | Withdrawal | -.10 | IT | | | 38.39 | 62396 |
| 02/03/2000 08:05 | Withdrawal | -.20 | IT | | | 38.29 | 62397 |
| 02/03/2000 08:05 | Withdrawal | -3.67 | IT | | | 38.09 | 62398 |
| 02/03/2000 08:05 | Withdrawal | -.22 | IT | | | 34.42 | 62408 |
| 02/03/2000 08:05 | Withdrawal | -.11 | IT | | | 34.20 | 62409 |
| 02/05/2000 08:32 | Withdrawal | -9.75 | IT | | | 34.09 | 62410 |
| 02/05/2000 08:32 | Withdrawal | -.58 | IT | | | 24.34 | 62728 |
| 02/05/2000 08:32 | Withdrawal | -.29 | IT | | | 23.76 | 62729 |
| 02/07/2000 01:43 | Withdrawal | -7.50 | CO | | COMMISSARY SUMMARY POSTING | 23.47 | 62730 |
| 02/08/2000 09:29 | Deposit | 100.00 | MO | 9400537611 | RONALD WILSON | 15.97 | 62916 |
| 02/08/2000 15:22 | Withdrawal | -2.91 | IT | | | 115.97 | 63180 |
| 02/08/2000 15:22 | Withdrawal | -.17 | IT | | | 113.06 | 63237 |
| 02/08/2000 15:22 | Withdrawal | -.09 | IT | | | 112.89 | 63238 |
| 02/09/2000 13:18 | Withdrawal | -3.29 | IT | | | 112.80 | 63239 |
| 02/09/2000 13:18 | Withdrawal | -.20 | IT | | | 109.51 | 63385 |
| 02/09/2000 13:18 | Withdrawal | -.10 | IT | | | 109.31 | 63386 |
| 02/09/2000 13:43 | Withdrawal | -3.29 | IT | | | 109.21 | 63387 |
| 02/09/2000 13:43 | Withdrawal | -.20 | IT | | | 105.92 | 63391 |
| 02/09/2000 13:43 | Withdrawal | -.10 | IT | | | 105.72 | 63392 |
| 02/09/2000 13:43 | Withdrawal | -.10 | IT | | | 105.62 | 63393 |

**Inmate Running Balance Detail Report**
**Snyder County Prison**
Transactions from 06/15/1999 thru 05/19/2000

Today's Date: 05/19/2000

Page 9 of 14

Inmate Name: WILSON    GALDWIN    Booking# 99-00345

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| | | | | | | .00 | |
| 02/09/2000 17:46 | Withdrawal | -2.53 | IT | | | 103.09 | 63421 |
| 02/09/2000 17:46 | Withdrawal | -.15 | IT | | | 102.94 | 63422 |
| 02/09/2000 17:46 | Withdrawal | -.08 | IT | | | 102.86 | 63423 |
| 02/09/2000 21:39 | Withdrawal | -9.75 | IT | | | 93.11 | 63472 |
| 02/09/2000 21:39 | Withdrawal | -.58 | IT | | | 92.53 | 63473 |
| 02/09/2000 21:39 | Withdrawal | -.29 | IT | | | 92.24 | 63474 |
| 02/10/2000 08:38 | Withdrawal | -2.50 | CI | | COMMISSARY VALENTINE CARDS (2) | 89.74 | 63506 |
| 02/11/2000 22:08 | Withdrawal | -2.91 | IT | | | 86.83 | 63834 |
| 02/11/2000 22:08 | Withdrawal | -.17 | IT | | | 86.66 | 63835 |
| 02/11/2000 22:08 | Withdrawal | -.09 | IT | | | 86.57 | 63836 |
| 02/12/2000 08:24 | Withdrawal | -9.75 | IT | | | 76.82 | 63873 |
| 02/12/2000 08:24 | Withdrawal | -.58 | IT | | | 76.24 | 63874 |
| 02/12/2000 08:24 | Withdrawal | -.29 | IT | | | 75.95 | 63875 |
| 02/15/2000 08:16 | Deposit | 100.00 | MO | 9441 8297072 | MONEY ORDER | 175.95 | 64259 |
| 02/15/2000 17:14 | Withdrawal | -2.53 | IT | | | 173.42 | 64321 |
| 02/15/2000 17:14 | Withdrawal | -.15 | IT | | | 173.27 | 64322 |
| 02/15/2000 17:14 | Withdrawal | -.08 | IT | | | 173.19 | 64323 |
| 02/15/2000 17:23 | Withdrawal | -5.19 | IT | | | 168.00 | 64324 |
| 02/15/2000 17:23 | Withdrawal | -.31 | IT | | | 167.69 | 64325 |
| 02/15/2000 17:23 | Withdrawal | -.16 | IT | | | 167.53 | 64326 |
| 02/15/2000 17:26 | Withdrawal | -2.91 | IT | | | 164.62 | 64327 |
| 02/15/2000 17:26 | Withdrawal | -.17 | IT | | | 164.45 | 64328 |
| 02/15/2000 17:26 | Withdrawal | -.09 | IT | | | 164.36 | 64329 |
| 02/17/2000 07:54 | Withdrawal | -9.75 | IT | | | 154.61 | 64512 |
| 02/17/2000 07:54 | Withdrawal | -.58 | IT | | | 154.03 | 64513 |
| 02/17/2000 07:54 | Withdrawal | -.29 | IT | | | 153.74 | 64514 |
| 02/17/2000 13:26 | Withdrawal | -4.05 | IT | | | 149.69 | 64543 |
| 02/17/2000 13:26 | Withdrawal | -.24 | IT | | | 149.45 | 64544 |
| 02/17/2000 13:26 | Withdrawal | -.12 | IT | | | 149.33 | 64545 |

Today's Date: 05/19/2000

# Inmate Running Balance Detail Report
## Snyder County Prison
Transactions from 06/15/1999 thru 05/19/2000

Page 10 of 14

Inmate Name: WILSON, GALDWIN   Booking# 99-00345

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 02/17/2000 13:31 | Withdrawal | -.45 | PC | | 3 PHOTO COPIES | 148.88 | 64602 |
| 02/21/2000 02:23 | Withdrawal | -16.28 | CO | | COMMISSARY SUMMARY POSTING | 132.60 | 65097 |
| 02/21/2000 07:55 | Withdrawal | -2.91 | IT | | | 129.69 | 65165 |
| 02/21/2000 07:55 | Withdrawal | -.17 | IT | | | 129.52 | 65166 |
| 02/21/2000 07:55 | Withdrawal | -.09 | IT | | | 129.43 | 65167 |
| 02/23/2000 08:28 | Withdrawal | -2.91 | IT | | | 126.52 | 65448 |
| 02/23/2000 08:28 | Withdrawal | -.17 | IT | | | 126.35 | 65449 |
| 02/23/2000 08:28 | Withdrawal | -.09 | IT | | | 126.26 | 65450 |
| 02/23/2000 22:13 | Withdrawal | -9.75 | IT | | | 116.51 | 65643 |
| 02/23/2000 22:13 | Withdrawal | -.58 | IT | | | 115.93 | 65644 |
| 02/23/2000 22:13 | Withdrawal | -.29 | IT | | | 115.64 | 65645 |
| 02/25/2000 19:06 | Withdrawal | -9.75 | IT | | | 105.89 | 65921 |
| 02/25/2000 19:06 | Withdrawal | -.58 | IT | | | 105.31 | 65922 |
| 02/25/2000 19:06 | Withdrawal | -.29 | IT | | | 105.02 | 65923 |
| 02/26/2000 22:19 | Withdrawal | -2.91 | IT | | | 102.11 | 66051 |
| 02/26/2000 22:19 | Withdrawal | -.17 | IT | | | 101.94 | 66052 |
| 02/26/2000 22:19 | Withdrawal | -.09 | IT | | | 101.85 | 66053 |
| 02/28/2000 00:42 | Withdrawal | -2.50 | CO | | COMMISSARY SUMMARY POSTING | 99.35 | 66172 |
| 02/28/2000 00:57 | Withdrawal | -10.65 | CO | | COMMISSARY SUMMARY POSTING | 88.70 | 66181 |
| 03/01/2000 13:50 | Withdrawal | -3.67 | IT | | | 85.03 | 66580 |
| 03/01/2000 13:50 | Withdrawal | -.22 | IT | | | 84.81 | 66581 |
| 03/01/2000 13:50 | Withdrawal | -.11 | IT | | | 84.70 | 66582 |
| 03/01/2000 13:56 | Withdrawal | -4.05 | IT | | | 80.65 | 66584 |
| 03/01/2000 13:56 | Withdrawal | -.24 | IT | | | 80.41 | 66585 |
| 03/01/2000 13:56 | Withdrawal | -.12 | IT | | | 80.29 | 66586 |
| 03/02/2000 08:52 | Withdrawal | -9.75 | IT | | | 70.54 | 66660 |
| 03/02/2000 08:52 | Withdrawal | -.58 | IT | | | 69.96 | 66661 |
| 03/02/2000 08:52 | Withdrawal | -.29 | IT | | | 69.67 | 66662 |
| 03/02/2000 12:16 | Withdrawal | -9.75 | IT | | | 59.92 | 66698 |

Today's Date: 05/19/2000

# Inmate Running Balance Detail Report
## Snyder County Prison
Transactions from 06/15/1999 thru 05/19/2000

Page 11 of 14

Inmate Name: WILSON, GALDWIN    Booking#: 99-003345

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| | | | | | | .00 | |
| 03/02/2000 12:16 | Withdrawal | -.58 | IT | | | 59.34 | 66699 |
| 03/02/2000 12:16 | Withdrawal | -.29 | IT | | | 59.05 | 66700 |
| 03/06/2000 01:56 | Withdrawal | -24.25 | CO | | COMMISSARY SUMMARY POSTING | 34.80 | 67326 |
| 03/08/2000 09:42 | Withdrawal | -3.42 | MC | | CERTIFIED MAIL | 31.38 | 67708 |
| 03/08/2000 09:48 | Withdrawal | -2.70 | PC | | 18 COPIES | 28.68 | 67711 |
| 03/09/2000 07:57 | Deposit | 60.00 | MO | 01547344192 | MONEY ORDER | 88.68 | 67858 |
| 03/09/2000 13:06 | Withdrawal | -.60 | PC | | 4 LEGAL PHOTO COPIES | 88.08 | 67918 |
| 03/10/2000 07:45 | Withdrawal | -4.07 | CP | | RX #6014944 | 84.01 | 68048 |
| 03/10/2000 15:10 | Withdrawal | -2.91 | IT | | | 81.10 | 68108 |
| 03/10/2000 15:10 | Withdrawal | -.17 | IT | | | 80.93 | 68109 |
| 03/10/2000 15:10 | Withdrawal | -.09 | IT | | | 80.84 | 68110 |
| 03/13/2000 01:51 | Withdrawal | -9.00 | CO | | COMMISSARY SUMMARY POSTING | 71.84 | 68497 |
| 03/15/2000 12:55 | Withdrawal | -9.75 | IT | | | 62.09 | 68898 |
| 03/15/2000 12:55 | Withdrawal | -.58 | IT | | | 61.51 | 68899 |
| 03/17/2000 22:33 | Withdrawal | -.29 | IT | | | 61.22 | 68900 |
| 03/17/2000 22:33 | Withdrawal | -.20 | IT | | | 61.02? | |
| 03/17/2000 08:52 | Withdrawal | -3.82 | CP | | #7894876 & 7900038 ON 3/16 | 57.40 | 69237 |
| 03/17/2000 08:52 | Withdrawal | -3.29 | IT | | | 54.11 | 69337 |
| 03/19/2000 08:40 | Withdrawal | -9.75 | IT | | | 53.91 | 69338 |
| 03/19/2000 08:40 | Withdrawal | -.10 | IT | | | 53.81 | 69339 |
| 03/19/2000 08:40 | Withdrawal | -9.75 | IT | | | 44.06 | 69427 |
| 03/23/2000 13:04 | Withdrawal | -.58 | IT | | | 43.48 | 69428 |
| 03/23/2000 13:04 | Withdrawal | -.29 | IT | | | 43.19 | 69429 |
| 03/24/2000 08:22 | Withdrawal | -9.75 | IT | | | 33.44 | 70243 |
| 03/25/2000 07:54 | Withdrawal | -.58 | IT | | | 32.86 | 70244 |
| 03/25/2000 07:54 | Withdrawal | -.29 | IT | | | 32.57 | 70245 |
| 03/25/2000 07:54 | Withdrawal | -3.05 | CP | | RX # 6060149 | 29.52 | 70371 |
| | Withdrawal | -2.53 | IT | | | 26.99 | 70582 |
| | Withdrawal | -.15 | IT | | | 26.84 | 70583 |
| | Withdrawal | -.08 | IT | | | 26.76 | 70584 |

**Inmate Running Balance Detail Report**
**Snyder County Prison**

Today's Date: 05/19/2000

Transactions from 06/15/1999 thru 05/19/2000

Page 12 of 14

Inmate Name: WILSON

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Booking# 99-00345 | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|---|
| 03/25/2000 22:04 | Withdrawal | -9.75 | IT | | GALDWIN | | 17.01 | 70705 |
| 03/25/2000 22:04 | Withdrawal | -.58 | IT | | | | 16.43 | 70706 |
| 03/25/2000 22:04 | Withdrawal | -.29 | IT | | | | 16.14 | 70707 |
| 03/27/2000 03:19 | Withdrawal | -12.02 | CO | | COMMISSARY SUMMARY POSTING | | 4.12 | 70843 |
| 04/10/2000 02:40 | Withdrawal | -4.10 | CO | | COMMISSARY SUMMARY POSTING | | .02 | 72915 |
| 04/10/2000 08:56 | Deposit | 100.00 | ID | 01548336903 | MONEY ORDER | | 100.02 | 73011 |
| 04/10/2000 11:07 | Withdrawal | -5.96 | MC | | LEGAL POSTAGE | | 94.06 | 73062 |
| 04/10/2000 11:08 | Withdrawal | -1.50 | PC | | 10 LEGAL PHOTO COPIES | | 92.56 | 73063 |
| 04/10/2000 11:56 | Withdrawal | -9.75 | IT | | | | 82.81 | 73058 |
| 04/10/2000 11:56 | Withdrawal | -.58 | IT | | | | 82.23 | 73059 |
| 04/10/2000 11:56 | Withdrawal | -.29 | IT | | | | 81.94 | 73060 |
| 04/10/2000 12:38 | Withdrawal | -4.43 | IT | | | | 77.51 | 73067 |
| 04/10/2000 12:38 | Withdrawal | -.27 | IT | | | | 77.24 | 73068 |
| 04/10/2000 12:38 | Withdrawal | -.13 | IT | | | | 77.11 | 73069 |
| 04/10/2000 13:48 | Withdrawal | -.60 | PC | | 4 LEGAL PHOTO COPIES | | 76.51 | 73095 |
| 04/11/2000 08:19 | Deposit | 50.00 | MO | 01436912921 | MONEY ORDER | | 126.51 | 73188 |
| 04/11/2000 21:42 | Withdrawal | -9.75 | IT | | | | 116.76 | 73297 |
| 04/11/2000 21:42 | Withdrawal | -.58 | IT | | | | 116.18 | 73298 |
| 04/11/2000 21:42 | Withdrawal | -.29 | IT | | | | 115.89 | 73299 |
| 04/12/2000 07:09 | Withdrawal | -.33 | MC | | POSTAGE FOR LETTER | | 115.56 | 73318 |
| 04/12/2000 07:09 | Withdrawal | -3.45 | PC | | 23 COPIES | | 112.11 | 73319 |
| 04/12/2000 07:10 | Withdrawal | -9.16 | MC | 4403 | POSTAGE/3 CERTIFIED LETTERS | | 102.95 | 73320 |
| 04/12/2000 12:40 | Withdrawal | -.75 | PC | | 5 COPIES | | 102.20 | 73407 |
| 04/17/2000 09:28 | Withdrawal | -3.20 | MC | | CERTIFIED MAIL | | 99.00 | 74106 |
| 04/17/2000 09:29 | Withdrawal | -.55 | MC | | POSTAGE DUE | | 98.45 | 74107 |
| 04/17/2000 09:31 | Withdrawal | -2.40 | PC | | 16 LEGAL PHOTO COPIES | | 96.05 | 74109 |
| 04/17/2000 11:19 | Withdrawal | -3.67 | IT | | | | 92.38 | 74118 |
| 04/17/2000 11:19 | Withdrawal | -.22 | IT | | | | 92.16 | 74119 |
| 04/17/2000 11:19 | Withdrawal | -.11 | IT | | | | 92.05 | 74120 |

# Inmate Running Balance Detail Report
## Snyder County Prison
Transactions from 06/15/1999 thru 05/19/2000

Today's Date: 05/19/2000

Page 13 of 14

Inmate Name: WILSON, GALDWIN   Booking# 99-00345

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| | | | | | | .00 | |
| 04/20/2000 07:46 | Withdrawal | -2.53 | IT | | | 89.52 | 74526 |
| 04/20/2000 07:46 | Withdrawal | -.15 | IT | | | 89.37 | 74527 |
| 04/20/2000 07:46 | Withdrawal | -.08 | IT | | | 89.29 | 74528 |
| 04/20/2000 09:56 | Withdrawal | -2.91 | IT | | | 86.38 | 74568 |
| 04/20/2000 09:56 | Withdrawal | -.17 | IT | | | 86.21 | 74569 |
| 04/20/2000 09:56 | Withdrawal | -.09 | IT | | | 86.12 | 74570 |
| 04/20/2000 10:02 | Withdrawal | -4.05 | IT | | | 82.07 | 74574 |
| 04/20/2000 10:02 | Withdrawal | -.24 | IT | | | 81.83 | 74575 |
| 04/20/2000 10:02 | Withdrawal | -.12 | IT | | | 81.71 | 74576 |
| 04/23/2000 07:35 | Withdrawal | -2.53 | IT | | | 79.18 | 74921 |
| 04/23/2000 07:35 | Withdrawal | -.15 | IT | | | 79.03 | 74922 |
| 04/23/2000 07:35 | Withdrawal | -.08 | IT | | | 78.95 | 74923 |
| 04/24/2000 13:33 | Withdrawal | -9.75 | IT | | | 69.20 | 75171 |
| 04/24/2000 13:33 | Withdrawal | -.29 | IT | | | 68.91 | 75172 |
| 04/24/2000 13:33 | Withdrawal | -.58 | IT | | | 68.33 | 75173 |
| 04/30/2000 22:14 | Withdrawal | -.58 | IT | | | 58.58 | 76014 |
| 04/30/2000 22:14 | Withdrawal | -.29 | IT | | | 58.00 | 76015 |
| 05/01/2000 02:13 | Withdrawal | -11.40 | CO | | COMMISSARY SUMMARY POSTING | 57.71 | 76016 |
| 05/02/2000 08:44 | Withdrawal | -3.20 | DP | 4458 | 203-CHECK TO POSTMASTER | 46.31 | 76066 |
| 05/02/2000 09:07 | Withdrawal | -2.85 | PC | | 19 LEGAL PHOTO COPIES | 43.11 | 76273 |
| 05/02/2000 09:49 | Withdrawal | -4.43 | IT | | | 40.26 | 76292 |
| 05/02/2000 09:49 | Withdrawal | -.27 | IT | | | 35.83 | 76282 |
| 05/02/2000 09:49 | Withdrawal | -.13 | IT | | | 35.56 | 76283 |
| 05/05/2000 07:32 | Withdrawal | -1.50 | PC | | 10 COPIES | 35.43 | 76284 |
| 05/08/2000 03:04 | Withdrawal | -5.73 | CO | | COMMISSARY SUMMARY POSTING | 33.93 | 76893 |
| 05/08/2000 03:04 | Withdrawal | -5.98 | DP | 4472 | 203-WALMART | 28.20 | 77386 |
| 05/15/2000 03:00 | Withdrawal | -11.18 | CO | | COMMISSARY SUMMARY POSTING | 22.22 | 77453 |
| 05/15/2000 11:34 | Withdrawal | -5.19 | IT | | | 11.04 | 78372 |
| | | | | | | 5.85 | 78482 |

# Inmate Running Balance Detail Report
## Snyder County Prison

Today's Date: 05/19/2000

Transactions from 06/15/1999 thru 05/19/2000

Page 14 of 14

Inmate Name: WILSON    GALDWIN    Booking# 99-00345

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| | | | | | | .00 | |
| 05/15/2000 11:34 | Withdrawal | -.31 | IT | | | 5.54 | 78483 |
| 05/15/2000 11:34 | Withdrawal | -.16 | IT | | | 5.38 | 78484 |
| 05/15/2000 14:06 | Deposit | 125.00 | MO | | MONEY ORDER | 130.38 | 78502 |
| 05/16/2000 12:26 | Withdrawal | -7.47 | IT | | | 122.91 | 78595 |
| 05/16/2000 12:26 | Withdrawal | -.45 | IT | | | 122.46 | 78596 |
| 05/16/2000 12:26 | Withdrawal | -.22 | IT | | | 122.24 | 78597 |
| 05/16/2000 12:53 | Withdrawal | -1.21 | MC | | POSTAGE DUE | 121.03 | 78613 |
| 05/16/2000 13:13 | Withdrawal | -3.67 | IT | | | 117.36 | 78599 |
| 05/16/2000 13:13 | Withdrawal | -.22 | IT | | | 117.14 | 78600 |
| 05/16/2000 13:13 | Withdrawal | -.11 | IT | | | 117.03 | 78601 |
| 05/17/2000 15:14 | Withdrawal | -4.01 | IT | | | 113.02 | 78732 |
| 05/17/2000 15:14 | Withdrawal | -.24 | IT | | | 112.78 | 78733 |
| 05/17/2000 15:14 | Withdrawal | -.12 | IT | | | 112.66 | 78734 |

Total Withdrawals this Inmate: -1170.72    Total Deposits This Inmate: 1283.38    Ending Balance: 112.66

# Inmate Running Balance Detail Report
## Snyder County Prison
Transactions from 06/15/1999 thru 05/19/2000

Today's Date: 05/19/2000

Page 1 of 14

Inmate Name: WILSON, GALDWIN    Booking# 99-00345

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 06/16/1999 12:26 | Deposit | 51.98 | ID | CASH | NEW COMMIT | 51.98 | 31568 |
| 06/21/1999 01:44 | Withdrawal | -9.70 | CO | | COMMISSARY SUMMARY POSTING | 42.28 | 32091 |
| 07/23/1999 08:11 | Deposit | 50.00 | MO | 83987034186 | MONEY ORDER TO INMATE | 92.28 | 33901 |
| 07/26/1999 00:28 | Withdrawal | -29.79 | CO | | COMMISSARY SUMMARY POSTING | 62.49 | 34132 |
| 07/28/1999 08:08 | Deposit | 30.45 | CK | 01115900 | FROM US TREASURY | 92.94 | 34843 |
| 08/02/1999 00:13 | Withdrawal | -9.25 | CO | | COMMISSARY SUMMARY POSTING | 83.69 | 35295 |
| 08/09/1999 02:35 | Withdrawal | -3.85 | CO | | COMMISSARY SUMMARY POSTING | 79.84 | 36065 |
| 08/12/1999 09:40 | Withdrawal | -1.95 | PC | | LEGAL COPIES | 77.89 | 36430 |
| 08/12/1999 12:37 | Withdrawal | -9.97 | DP | 3781 | | 67.92 | 36457 |
| 08/20/1999 21:00 | Withdrawal | -9.75 | IT | | 203-TO WALMART | 58.17 | 37925 |
| 08/20/1999 21:00 | Withdrawal | -.58 | IT | | | 57.59 | 37926 |
| 08/23/1999 01:32 | Withdrawal | -.29 | IT | | | 57.30 | 37927 |
| 08/23/1999 01:32 | Withdrawal | -3.95 | CO | | COMMISSARY SUMMARY POSTING | 53.35 | 38145 |
| 09/03/1999 22:03 | Withdrawal | -4.75 | CO | | COMMISSARY SUMMARY POSTING | 48.60 | 38146 |
| 09/03/1999 22:03 | Withdrawal | -.22 | IT | | | 29.84 | 40164 |
| 09/03/1999 22:03 | Withdrawal | -.45 | IT | | | 30.06 | 40163 |
| 09/03/1999 22:03 | Withdrawal | -7.47 | IT | | | 30.51 | 40162 |
| 09/03/1999 12:27 | Withdrawal | -.29 | IT | | | 37.98 | 40045 |
| 09/03/1999 12:27 | Withdrawal | -.58 | IT | | | 38.27 | 40044 |
| 09/06/1999 01:21 | Withdrawal | -9.75 | IT | | | 38.85 | 40043 |
| 09/07/1999 20:54 | Withdrawal | -8.95 | CO | | COMMISSARY SUMMARY POSTING | 20.89 | 40367 |
| 09/07/1999 20:54 | Withdrawal | -9.75 | IT | | | 11.14 | 40366 |
| 09/07/1999 20:54 | Withdrawal | -.58 | IT | | | 10.56 | 40567 |
| 09/08/1999 21:22 | Withdrawal | -.29 | IT | | | 10.27 | 40568 |
| 09/08/1999 21:22 | Withdrawal | -4.81 | IT | | | 5.46 | 40654 |
| 09/08/1999 21:22 | Withdrawal | -.29 | IT | | | 5.17 | 40655 |
| 09/08/1999 21:22 | Withdrawal | -.14 | IT | | | 5.03 | 40656 |
| 09/10/1999 08:43 | Deposit | 50.00 | MO | 83991374897 | MONEY ORDER TO INMATE | 55.03 | 40851 |
| 09/10/1999 08:43 | Deposit | 50.00 | MO | 01305189224 | MONEY ORDER | 105.03 | 40852 |

Today's Date: 05/19/2000

# Inmate Running Balance Detail Report
## Snyder County Prison
Transactions from 06/15/1999 thru 05/19/2000

Page 2 of 14

Inmate Name: WILSON, GALDWIN        Booking#: 99-00345

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 09/12/1999 08:57 | Withdrawal | -9.75 | IT | | | 95.28 | 41086 |
| 09/12/1999 08:57 | Withdrawal | -.58 | IT | | | 94.70 | 41087 |
| 09/12/1999 08:57 | Withdrawal | -.29 | IT | | | 94.41 | 41088 |
| 09/12/1999 22:28 | Withdrawal | -9.75 | IT | | | 84.66 | 41152 |
| 09/12/1999 22:28 | Withdrawal | -.58 | IT | | | 84.08 | 41153 |
| 09/12/1999 22:28 | Withdrawal | -.29 | IT | | | 83.79 | 41154 |
| 09/13/1999 04:07 | Withdrawal | -20.36 | CO | | | 63.43 | 41237 |
| 09/20/1999 00:27 | Withdrawal | -6.50 | CO | | COMMISSARY SUMMARY POSTING | 56.93 | 41971 |
| 09/24/1999 19:34 | Withdrawal | -9.75 | IT | | COMMISSARY SUMMARY POSTING | 47.18 | 42723 |
| 09/24/1999 19:34 | Withdrawal | -.58 | IT | | | 46.60 | 42724 |
| 09/24/1999 19:34 | Withdrawal | -.29 | IT | | | 46.31 | 42725 |
| 09/24/1999 20:01 | Withdrawal | -4.05 | IT | | | 42.26 | 42726 |
| 09/24/1999 20:01 | Withdrawal | -.24 | IT | | | 42.02 | 42727 |
| 09/24/1999 20:01 | Withdrawal | -.12 | IT | | | 41.90 | 42728 |
| 09/24/1999 21:43 | Withdrawal | -3.67 | IT | | | 38.23 | 42738 |
| 09/24/1999 21:43 | Withdrawal | -.22 | IT | | | 38.01 | 42739 |
| 09/24/1999 21:43 | Withdrawal | -.11 | IT | | | 37.90 | 42740 |
| 09/27/1999 00:55 | Withdrawal | -12.65 | CO | | COMMISSARY SUMMARY POSTING | 25.25 | 42975 |
| 09/28/1999 08:12 | Deposit | 50.00 | MO | 0135342737B | MONEY ORDER TO INMATE | 75.25 | 43184 |
| 09/28/1999 13:32 | Withdrawal | -.60 | PC | | LEGAL COPIES MADE | 74.65 | 43254 |
| 09/28/1999 21:13 | Withdrawal | -7.85 | IT | | | 66.80 | 43291 |
| 09/28/1999 21:13 | Withdrawal | -.47 | IT | | | 66.33 | 43292 |
| 09/28/1999 21:13 | Withdrawal | -.24 | IT | | | 66.09 | 43293 |
| 09/28/1999 21:35 | Withdrawal | -9.75 | IT | | | 56.34 | 43294 |
| 09/28/1999 21:35 | Withdrawal | -.58 | IT | | | 55.76 | 43295 |
| 09/28/1999 21:35 | Withdrawal | -.29 | IT | | | 55.47 | 43296 |
| 09/28/1999 21:56 | Withdrawal | -9.75 | IT | | | 45.72 | 43300 |
| 09/28/1999 21:56 | Withdrawal | -.58 | IT | | | 45.14 | 43301 |
| 09/28/1999 21:56 | Withdrawal | -.29 | IT | | | 44.85 | 43302 |

# Inmate Running Balance Detail Report
## Snyder County Prison
Transactions from 06/15/1999 thru 05/19/2000

Today's Date: 05/19/2000

Page 3 of 14

Inmate Name: WILSON  GALDWIN    Booking#  99-00345

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 09/30/1999 13:05 | Withdrawal | -2.91 | IT | | | 41.94 | 43575 |
| 09/30/1999 13:05 | Withdrawal | -.17 | IT | | | 41.77 | 43576 |
| 09/30/1999 13:05 | Withdrawal | -.09 | IT | | | 41.68 | 43577 |
| 10/04/1999 09:48 | Deposit | 100.00 | ID | 8444243S143 | MONEY ORDER TO INMATE | 141.68 | 44049 |
| 10/07/1999 13:29 | Withdrawal | -.30 | PC | | 2 PHOTO COPIES | 141.38 | 44397 |
| 10/07/1999 21:04 | Withdrawal | -9.75 | IT | | | 131.63 | 44529 |
| 10/07/1999 21:04 | Withdrawal | -.58 | IT | | | 131.05 | 44530 |
| 10/07/1999 21:04 | Withdrawal | -.29 | IT | | | 130.76 | 44531 |
| 10/11/1999 01:41 | Withdrawal | -12.32 | CO | | COMMISSARY SUMMARY POSTING | 118.44 | 44910 |
| 10/12/1999 21:18 | Withdrawal | -5.57 | IT | | | 112.87 | 45099 |
| 10/12/1999 21:18 | Withdrawal | -.33 | IT | | | 112.54 | 45100 |
| 10/12/1999 21:18 | Withdrawal | -.17 | IT | | | 112.37 | 45101 |
| 10/12/1999 22:05 | Withdrawal | -9.75 | IT | | | 102.62 | 45114 |
| 10/12/1999 22:05 | Withdrawal | -.58 | IT | | | 102.04 | 45115 |
| 10/12/1999 22:05 | Withdrawal | -.29 | IT | | | 101.75 | 45116 |
| 10/16/1999 21:39 | Withdrawal | -9.75 | IT | | | 92.00 | 45633 |
| 10/16/1999 21:39 | Withdrawal | -.58 | IT | | | 91.42 | 45634 |
| 10/16/1999 21:39 | Withdrawal | -.29 | IT | | | 91.13 | 45635 |
| 10/17/1999 11:32 | Withdrawal | -2.91 | IT | | | 88.22 | 45681 |
| 10/17/1999 11:32 | Withdrawal | -.17 | IT | | | 88.05 | 45682 |
| 10/17/1999 11:32 | Withdrawal | -.09 | IT | | | 87.96 | 45683 |
| 10/18/1999 03:08 | Withdrawal | -15.35 | CO | | COMMISSARY SUMMARY POSTING | 72.61 | 45814 |
| 10/18/1999 13:26 | Withdrawal | -2.53 | IT | | | 70.08 | 45885 |
| 10/18/1999 13:26 | Withdrawal | -.15 | IT | | | 69.93 | 45886 |
| 10/18/1999 13:26 | Withdrawal | -.08 | IT | | | 69.85 | 45887 |
| 10/18/1999 20:50 | Withdrawal | -9.75 | IT | | | 60.10 | 45953 |
| 10/18/1999 20:50 | Withdrawal | -.58 | IT | | | 59.52 | 45954 |
| 10/18/1999 20:50 | Withdrawal | -.29 | IT | | | 59.23 | 45955 |
| 10/20/1999 19:21 | Withdrawal | -9.75 | IT | | | 49.48 | 46300 |

Today's Date: 05/19/2000

# Inmate Running Balance Detail Report
## Snyder County Prison
Transactions from 06/15/1999 thru 05/19/2000

Page 4 of 14

Inmate Name: WILSON, GALDWIN   Booking# 99-00345

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number / Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| | | | | | | .00 | |
| 10/20/1999 19:21 | Withdrawal | -.58 | IT | | | 48.90 | 46301 |
| 10/20/1999 19:21 | Withdrawal | -.29 | IT | | | 48.61 | 46302 |
| 10/23/1999 21:06 | Withdrawal | -8.61 | IT | | | 40.00 | 46607 |
| 10/23/1999 21:06 | Withdrawal | -.52 | IT | | | 39.48 | 46608 |
| 10/23/1999 21:06 | Withdrawal | -.26 | IT | | | 39.22 | 46609 |
| 10/25/1999 01:11 | Withdrawal | -7.33 | CO | | COMMISSARY SUMMARY POSTING | 31.89 | 46711 |
| 10/25/1999 08:53 | Deposit | 50.00 | MO | 01071290340 | MONEY ORDER TO INMATE | 81.89 | 46810 |
| 10/27/1999 16:45 | Withdrawal | -4.81 | IT | | | 77.08 | 47211 |
| 10/27/1999 16:45 | Withdrawal | -.29 | IT | | | 76.79 | 47212 |
| 11/01/1999 00:45 | Withdrawal | -.14 | IT | | | 76.65 | 47213 |
| 11/01/1999 00:45 | Withdrawal | -11.21 | CO | | COMMISSARY SUMMARY POSTING | 65.44 | 47816 |
| 11/03/1999 07:48 | Withdrawal | -2.53 | IT | | | 62.91 | 48261 |
| 11/03/1999 07:48 | Withdrawal | -.15 | IT | | | 62.76 | 48262 |
| 11/03/1999 07:48 | Withdrawal | -.08 | IT | | | 62.68 | 48263 |
| 11/04/1999 09:37 | Withdrawal | -9.75 | IT | | | 52.93 | 48457 |
| 11/04/1999 09:37 | Withdrawal | -.58 | IT | | | 52.35 | 48458 |
| 11/06/1999 21:51 | Withdrawal | -.29 | IT | | | 52.06 | 48459 |
| 11/06/1999 21:51 | Withdrawal | -9.75 | IT | | | 42.31 | 48878 |
| 11/06/1999 21:51 | Withdrawal | -.58 | IT | | | 41.73 | 48879 |
| 11/08/1999 02:34 | Withdrawal | -.29 | IT | | | 41.44 | 48880 |
| 11/09/1999 20:54 | Withdrawal | -14.96 | CO | | COMMISSARY SUMMARY POSTING | 26.48 | 49061 |
| 11/09/1999 20:54 | Withdrawal | -2.53 | IT | | | 23.95 | 49294 |
| 11/09/1999 20:54 | Withdrawal | -.15 | IT | | | 23.80 | 49295 |
| 11/09/1999 20:54 | Withdrawal | -.08 | IT | | | 23.72 | 49296 |
| 11/09/1999 22:24 | Withdrawal | -9.75 | IT | | | 13.97 | 49312 |
| 11/09/1999 22:24 | Withdrawal | -.58 | IT | | | 13.39 | 49313 |
| 11/09/1999 22:24 | Withdrawal | -.29 | IT | | | 13.10 | 49314 |
| 11/13/1999 08:40 | Withdrawal | -7.09 | IT | | | 6.01 | 49799 |
| 11/13/1999 08:40 | Withdrawal | -.43 | IT | | | 5.58 | 49800 |

**Inmate Running Balance Detail Report**
**Snyder County Prison**
Transactions from 06/15/1999 thru 05/19/2000

Today's Date: 05/19/2000

Inmate Name: WILSON, GALDWIN   Booking# 99-00345

Page 5 of 14

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 11/13/1999 08:40 | Withdrawal | -.21 | IT | | | 5.37 | 49801 |
| 11/15/1999 09:05 | Deposit | 55.00 | MO | 0107229862 | MONEY ORDER TO INMATE | 60.37 | 50090 |
| 11/18/1999 11:45 | Withdrawal | -.60 | PC | | LEGAL PHOTO COPIES | 59.77 | 50434 |
| 11/18/1999 21:03 | Withdrawal | -3.67 | IT | | | 56.10 | 50557 |
| 11/18/1999 21:03 | Withdrawal | -.22 | IT | | | 55.88 | 50558 |
| 11/18/1999 21:03 | Withdrawal | -.11 | IT | | | 55.77 | 50559 |
| 11/18/1999 22:45 | Withdrawal | -2.91 | IT | | | 52.86 | 50578 |
| 11/18/1999 22:45 | Withdrawal | -.17 | IT | | | 52.69 | 50579 |
| 11/18/1999 22:45 | Withdrawal | -.09 | IT | | | 52.60 | 50580 |
| 11/22/1999 00:01 | Withdrawal | -25.05 | CO | | COMMISSARY SUMMARY POSTING | 27.55 | 50898 |
| 11/25/1999 20:17 | Withdrawal | -9.75 | IT | | | 17.80 | 51335 |
| 11/25/1999 20:17 | Withdrawal | -.58 | IT | | | 17.22 | 51336 |
| 11/25/1999 20:17 | Withdrawal | -.29 | IT | | | 16.93 | 51337 |
| 11/26/1999 12:24 | Withdrawal | -2.53 | IT | | | 14.40 | 51362 |
| 11/26/1999 12:24 | Withdrawal | -.15 | IT | | | 14.25 | 51363 |
| 11/26/1999 12:24 | Withdrawal | -.08 | IT | | | 14.17 | 51364 |
| 11/28/1999 23:30 | Withdrawal | -10.95 | CO | | COMMISSARY SUMMARY POSTING | 3.22 | 51667 |
| 11/30/1999 12:57 | Deposit | 10.95 | BC | | COMMISSARY CREDITED TO ACCT | 14.17 | 52038 |
| 12/01/1999 01:15 | Withdrawal | -10.95 | CO | | COMMISSARY SUMMARY POSTING | 3.22 | 52160 |
| 12/06/1999 08:05 | Deposit | 100.00 | MO | 0107266893 | MONEY ORDER TO INMATE | 103.22 | 53052 |
| 12/06/1999 19:39 | Withdrawal | -9.75 | IT | | | 93.47 | 53125 |
| 12/06/1999 19:39 | Withdrawal | -.58 | IT | | | 92.89 | 53126 |
| 12/06/1999 19:39 | Withdrawal | -.29 | IT | | | 92.60 | 53127 |
| 12/06/1999 22:06 | Withdrawal | -9.75 | IT | | | 82.85 | 53170 |
| 12/06/1999 22:06 | Withdrawal | -.58 | IT | | | 82.27 | 53171 |
| 12/06/1999 22:06 | Withdrawal | -.29 | IT | | | 81.98 | 53172 |
| 12/08/1999 21:18 | Withdrawal | -9.75 | IT | | | 72.23 | 53413 |
| 12/08/1999 21:18 | Withdrawal | -.58 | IT | | | 71.65 | 53414 |
| 12/08/1999 21:18 | Withdrawal | -.29 | IT | | | 71.36 | 53415 |