## Note

(4)
5-31-00
sc

This check is related to case # 1:00-CV-00723.

086900

Thank you
Edwin Wilson

FILED
HARRISBURG, PA

MAY 30 2000

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

---

```
Tue May 30 13:57:39 2000

UNITED STATES DISTRICT COURT
  SCRANTON    , PA

Receipt No. 171 131363
Cashier       george
Tender Type   CHECK
Check Number: 4500
Transaction Type N

DR Code    Dept    Acct
4667       1       086900

Amount     $    5.00

SNYDER COUNTY INMATE ACC'T 600 BLD C
OLONY RD. SELINSGROVE, PA. 17870

PAYMENT ON 1:00-CV-723
```