UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLADWIN WILSON, :
:
    Petitioner :
:
v. : CIVIL NO. 1:CV-00-0723
:
IMMIGRATION AND NATURALIZATION : (Judge Caldwell)
SERVICE, :
:
    Respondent :

FILED
HARRISBURG, PA

JUN 0 2 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

<u>ORDER</u>

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    This is a petition for writ of habeas corpus filed under 28 U.S.C. § 2241 by Gladwin Wilson, an inmate currently incarcerated at the Snyder County Prison, Selinsgrove, Pennsylvania. The petition was accompanied by a motion to proceed <u>in forma pauperis</u>.

    A report from Wilson's inmate commissary, or trust fund, account supplied by prison officials shows that in the six (6) months before he filed the petition, Wilson received income in the amount of $685.00. His present balance is $112.66.

    Federal law requires the petitioner in a habeas corpus action to pay a filing fee of $5.00. 28 U.S.C. § 1914(a). The court has determined that Wilson has sufficient assets to pay the entire amount. Accordingly, the petitioner will be directed to respond to this order within twenty (20) days. If he fails to respond as directed, his motion to proceed <u>in forma pauperis</u> will be denied

AO 72A
(Rev.8/82)

and his action will be dismissed.

AND NOW, this 2nd day of June, 2000, it is ORDERED that:

Within twenty (20) days of the date of this order, Wilson shall send to: "Clerk, U.S. District Court, P.O. Box 1148, Scranton, PA 18501," a check or money order in the amount of $5.00 payable to "Clerk, U.S. District Court." If this fee is received, the prisoner's motion to proceed in forma pauperis will be denied as moot and service of the complaint will be ordered. If Wilson fails to respond to this order, his motion to proceed in forma pauperis will be denied and this action will be dismissed.

_____
WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 2, 2000

Re:  1:00-cv-00723   Wilson v. INS

True and correct copies of the attached were mailed by the clerk to the following:

Gladwin Wilson
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

```
cc:
Judge                         ( )
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )     Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )    PA Atty Gen ( )
                                         DA of County  ( )    Respondents ( )
Bankruptcy Court              ( )
Other _____           ( )
```

MARY E. D'ANDREA, Clerk

DATE:  6/2/00

BY: _____
Deputy Clerk