UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
JUN 07 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

GLADWIN WILSON

    Petitioner

v.

IMMIGRATION AND NATURALIZATION SERVICE,

    Respondent

CIVIL NO. 1: CV-00-0723

(Judge Caldwell)

Clerk of Court,

    Enclose please find a copy of the check that was send to the Court as my filing fee, and a copy of the return Receipt.

Very truly yours,

*Gladwin Wilson*

GLADWIN WILSON



