UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLADWIN WILSON, :
:
    Petitioner :
:
v. : CIVIL NO. 1:CV-00-0723
:
IMMIGRATION AND NATURALIZATION : (Judge Caldwell)
SERVICE, :
:
    Respondent :

FILED
HARRISBURG, PA
JUN 19 2000
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

AND NOW, this 19th day of June, 2000, it is ordered that:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondent and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondent shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4.  Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

*William W. Caldwell*
William W. Caldwell
United States District Judge

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

CLERK'S OFFICE
HARRISBURG DIVISION

Mary D'Andrea, Clerk



TO: Scranton Clerk's Office

FROM: Mark

COMMENTS: Service order. Not docketed. Original will be placed in mailer today. File with Diane Belsario.

THIS FACSIMILE CONTAINS A TOTAL OF __3__ PAGES INCLUDING THIS SHEET.

PLEASE CALL IF THIS FAX IS INCOMPLETE.
PHONE NUMBER: (717) 221-3920
FAX NUMBER: (717) 221-3959

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG, PENNSYLVANIA 17108