cc: Wilson, Fry, Belsaro, Cr v ONS to Secy

(11)

3/5/01

A 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

GLADWYN WILSON,

Plaintiff

v.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent

CASE NUMBER: 1:CV-00-723

JUDGE WILLIAM CALDWELL

**FILED**
HARRISBURG, PA

MAR 0 2 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the respondent, Immigration and Naturalization and against the petitioner, Gladwyn Wilson.

Date: March 2, 2001

Mary E. D'Andrea, Clerk of Court

(By) George T. Gardner, Deputy Clerk

*George T. Gardner*

Certified from the record
Date 3/2/01
Mary E. D'Andrea, Clerk
Per *George T. Gardner*
Deputy Clerk